**MARINO, TORTORELLA &
BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Blvd.
Chatham, New Jersey 07928
Tel: (973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Eric C. Lyttle (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
ericlyttle@quinnemanuel.com

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Rollo C. Baker IV (admitted *pro hac vice*)
Jesse Bernstein (admitted *pro hac vice*)
Phillip B. Jobe (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
rollobaker@quinnemanuel.com
jessebernstein@quinnemanuel.com
phillipjobe@quinnemanuel.com

*Attorneys for Defendants Catalent, Inc., John
Chiminski, Alessandro Maselli, and Thomas
Castellano*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARWICK RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATELENT, INC., JOHN CHIMINSKI, ALESSANDRO MASELLI, and THOMAS CASTELLANO,<br><br>Defendants. | No. 3:23-cv-01108-ZNQ-DEA<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br><br><br>**[] ORDER WITHDRAWING ROLLO C. BAKER IV, ESQ., AS COUNSEL FOR DEFENDANTS**<br><br>*(Document filed electronically)* |

**THIS MATTER** having been brought before the Court on the motion of Defendants

Catalent, Inc., John Chiminski, Alessandro Maselli, and Thomas Castellano (together,

"Defendants") for entry of an Order permitting the withdrawal of appearance by Rollo C. Baker

IV, Esq., as counsel for Defendants in the above-caption action; and this Court having considered

the Certification of John D. Tortorella in Support of the Motion, and no opposition having been filed, and good cause having been shown;

**IT IS ON THIS** 9th day of April, 2024, **ORDERED** that Defendants' Motion to Permit Withdrawal of Rollo C. Baker IV, Esq., as Counsel for Defendants is **GRANTED**. The appearance of Rollo C. Baker IV, Esq., on behalf of Defendants is hereby withdrawn. The docket will forthwith reflect that the appearance of Mr. Baker is terminated. Mr. Baker is discharged of any further responsibility in this action.

**SO ORDERED:**

*s/ J. Brendan Day*
Hon. J. Brendan Day, U.S.M.J.

--terminates ECF No. 68

2