**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**CITY OF WARWICK RETIREMENT SYSTEM**, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

**CATALENT, INC.**, *et al.*,

Defendants.

Civil Action No. 23-1108 (ZNQ) (JTQ)

**ORDER**

---

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss (ECF No. 58) filed by Defendants Catalent, Inc. ("Catalent"), John Chiminski, Alessandro Maselli, and Thomas Castellano (collectively, "Defendants"). For the reasons set forth in the accompanying Opinion,

**IT IS** on this **28th** day of **June 2024,**

**ORDERED** that the Motion to Dismiss (ECF No. 58) is **GRANTED IN PART and DENIED IN PART** as follows:

The Motion is **DENIED** as to Count I with respect to claims premised on the following alleged material misrepresentations:

- The Company's 2022 10-K statement insofar as it asserted that "[w]e believe that our sites and equipment are in good condition, are well maintained, and are able to operate at or above present levels for the foreseeable future, in all material respects." (Am. Compl. ¶ 363.);
- The Company's earnings call on February 1, 2022 regarding Q2 2022 financial result, during which the actionable statements identified above were made (Am. Compl. ¶ 301);

- The Company's 10-K statements for 2021 and 2022 and the 10-Q statements for Q1, Q2, and Q3 of 2022 and Q1 and Q2 statements of 2023 insofar as they included certifications under Sarbanes-Oxley (Am. Compl. ¶¶ 278, 291, 312, 336, 361, 390.); and

- The Company's 10-K statement in 2022 insofar as it made assertions regarding the Company's assessment of risk with respect to its inventory levels.  (Am. Compl. ¶ 360.)

The Motion is **GRANTED** as to the remaining claims of Count I; these claims are hereby **DISMISSED** without prejudice; and

The Motion is also **DENIED** with respect to Count II; and it is further

**ORDERED** that Plaintiffs are hereby granted leave to file a Second Amended Complaint within 30 days to address the defects identified in the accompanying Opinion.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**