**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.


Dated: October 15, 2025                              /s John D. Tortorella
                                                     John D. Tortorella