**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Liaison Counsel for the Proposed Settlement Class*

**LABATON KELLER SUCHAROW LLP**
Christine M. Fox (*pro hac vice*)
Adam Federer (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Matthew L. Mustokoff (*pro hac vice*)
Joshua E. D'Ancona
Jamie M. McCall (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Co-Lead Counsel for Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi, and Proposed Settlement Class*

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARWICK RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CATALENT, INC., JOHN CHIMINSKI, ALESSANDRO MASELLI, and THOMAS CASTELLANO, <br><br> Defendants. | Case No: 3:23-cv-01108-ZNQ-JTQ <br><br> Hon. Zahid N. Quraishi <br> District Judge <br><br> Hon. Justin T. Quinn <br> Magistrate Judge |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs SEB Investment Management AB ("SEB") and Public Employees' Retirement System of Mississippi ("MPERS," and together with SEB, "Lead Plaintiffs"), by and through their undersigned counsel, respectfully move this Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement ("Preliminary Approval Order") that will, among other things: (i) preliminarily approve the proposed settlement of the above-captioned action; (ii) approve the form and manner of giving notice of the proposed settlement to settlement class members; and (iii) schedule a hearing to consider final approval of the proposed settlement, approval of the proposed plan of allocation, and approval of Co-Lead Counsel's motion for an award of attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the undersigned intend to rely on the accompanying Memorandum of Law and Joint Declaration of Joshua E. D'Ancona and Christine M. Fox in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Authorization to Disseminate Notice of Settlement, dated December 23, 2025, with attached exhibits.

PLEASE TAKE FURTHER NOTICE that the Parties' Stipulation and Agreement of Settlement, dated December 22, 2025, and its exhibits (collectively, the "Stipulation"), including the Parties' agreed-upon proposed Preliminary Approval Order, are filed herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation, Defendants agree to the entry of the proposed Preliminary Approval Order.

Dated:  December 23, 2025

        Respectfully submitted,

        /s/  Joseph N. Cotilletta_____

**LABATON KELLER SUCHAROW LLP**
Christine M. Fox (*pro hac vice*)
Joseph N. Cotilletta
Adam M. Federer (*pro hac vice*)
Emily N. Gault (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
cfox@labaton.com
jcotilletta@labaton.com
afederer@labaton.com
egault@labaton.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Matthew L. Mustokoff (*pro vice hac*)
Jamie M. McCall *(pro vice hac)*
David A. Bocian
Max S.S. Johnson (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jdancona@ktmc.com
mmustokoff@ktmc.com

jmccall@ktmc.com
dbocian@ktmc.com
mjohnson@ktmc.com

*Co-Lead Counsel for Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi, and Proposed Settlement Class*

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Michael A. Innes
Kevin G. Cooper
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Settlement Class*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, MS 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the CM/ECF system. Those attorneys registered with the Electronic Filing System will receive notice of this filing by ECF and email.

Dated:  December 23, 2025

/s/     <u>Joseph N. Cotilletta</u>

**LABATON KELLER SUCHAROW LLP**
Joseph N. Cotilletta
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jcotilletta@labaton.com

*Co-Lead Counsel for Lead Plaintiffs and Proposed Settlement Class*

- 4 -