**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Liaison Counsel for the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
Christine M. Fox (*pro hac vice*)
Adam M. Federer (*pro hac vice*)
Emily N. Gault (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Matthew L. Mustokoff (*pro hac vice*)
Jamie M. McCall (*pro hac vice*)
David A. Bocian
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Co-Lead Counsel for Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi, and the Proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF WARWICK RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATALENT, INC., JOHN CHIMINSKI, ALESSANDRO MASELLI, and THOMAS CASTELLANO,<br><br>Defendants. | Case No: 3:23-cv-01108-ZNQ-JTQ<br><br>Hon. Zahid N. Quraishi<br>District Judge<br><br>Hon. Justin T. Quinn<br>Magistrate Judge<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

**THIS MATTER** having been opened to the Court by Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Lead Plaintiffs SEB Investment Management AB and Public Employees' Retirement System of Mississippi (collectively "Plaintiffs"), and the Court having considered the moving papers and good cause appearing;

IT IS THIS day __17th___ of February 2026,

**ORDERED** that Max S.S. Johnson is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

*Terminates ECF 154

1